IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM LOVETT and
VIVIAN LOVETT,

    Plaintiffs,

vs.                                         4:04-CV-338-SPM

MAGNOLIA CAPITAL ADVISORS,
INC., and DONALD REINHARD,

    Defendants.
_____/

**ORDER EXTENDING DEADLINES**

**THIS CAUSE** comes before the Court upon "Plaintiffs' and Defendants' Joint Motion to Amend Case Management Order and Incorporated Memorandum of Law" (doc. 46) filed June 3, 2005, in which the parties request extension of the deadlines set out in the mediation and scheduling order (doc. 25).  As grounds, the parties state that the arbitration held before the National Association of Securities Dealers has now concluded, enabling them to continue with discovery and settlement negotiations.

The Court finds the extension to be appropriate.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to amend the scheduling order (doc. 46) is hereby

*granted*.

2. Discovery shall be completed on or before **October 1, 2005**.

3. Dispositive motions shall be filed on or before **October 19, 2005**.

4. Mediation shall be completed on or before **October 29, 2005**.

3. The mediation report shall be filed on or before **November 12, 2005**.

4. Trial is reset for **February 21, 2006** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>seventh</u> day of June, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao