**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**WILLIAM LOVETT and
VIVIAN LOVETT,**

      **Plaintiffs,**

**vs.**                                    **4:04-CV-338-SPM**

**MAGNOLIA CAPITAL ADVISORS,
INC., and DONALD REINHARD,**

      **Defendants.**
_____/

**ORDER DISMISSING CASE**

Pursuant to the parties' "Stipulation of Voluntary Dismissal With Prejudice"

(doc. 77) filed December 16, 2005 and Federal Rule of Civil Procedure

41(a)(1)(ii), it is hereby

      **ORDERED AND ADJUDGED** as follows:

      1.      This action is dismissed with prejudice.

      2.      Each party shall bear its own attorney's fees and costs.

      3.      All pending motions are denied as moot.

      **DONE AND ORDERED** this <u>twenty-first</u> day of December, 2005.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge

/pao